UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

MIDAMINES SPRL LTD. (Ill. Corp.),

                Plaintiff,

-against-

KBC BANK N.V. and
KBC GROUP N.V.,

                Defendants.

Civil Action No. 1:18-cv-01489

Honorable Sharon J. Coleman

**DECLARATION OF ALVIN LEE IN SUPPORT OF DEFENDANTS' MOTION FOR A FILING BAR SANCTION**

**I, ALVIN LEE, pursuant to 28 U.S.C. § 1746, declare as follows:**

    1.    I am an attorney with the law firm of Orrick, Herrington & Sutcliffe LLP, counsel for Defendants KBC Bank N.V. and KBC Group N.V. in this matter. I submit this Declaration in support of Defendants' Motion for a Filing Bar Sanction.

    2.    Attached hereto as **Exhibit 1** are copies of the Motion for Summary Judgment In Lieu of Complaint and accompanying papers, *Midamines SPRL Ltd., et al. v. KBC Bank NV*, Index No. 100383/2015 (N.Y. Sup. Ct. Mar. 5, 2015).

    3.    Attached hereto as **Exhibit 2** is a copy of the Transcript of the Proceedings, *Midamines SPRL Ltd., et al. v. KBC Bank NV*, Index No. 100383/2015 (N.Y. Sup. Ct. Feb. 5, 2016).

    4.    Attached hereto as **Exhibit 3** is a copy of the September 20, 2016 letter sent by Hassan A. Abbas to Defendants' counsel.

    5.    Attached hereto as **Exhibit 4** is a copy of the January 18, 2018 email sent by Hassan A. Abbas to Defendants' counsel.

1

6. Attached hereto as **Exhibit 5** is a copy of the February 19, 2018 email sent by Hassan A. Abbas to Defendants' counsel.

7. Attached hereto as **Exhibit 6** is a copy of Hassan A. Abbas and Midamines SPRL Ltd.'s Petition for a Writ of Certiorari, filed with the Supreme Court of the United States on April 30, 2018.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 7, 2018
New York, NY

                                                          ___/s/ Alvin Lee_____
                                                                Alvin Lee