**EXHIBIT 3**

Exh. C-4





MIDAMINES SPRL LTD
COLLECTION ITEM FOR ACCT #801115403
56,414.73 EURO
FC #2 - 330 MADISON AVE NY NY 10017
FA #14



Exh. C-5

| | |
|---|---|
| Current Date: | October 19, 2012 |
| Account Number: | 1111111111 |
| Capture Date: | October 11, 2012 |
| Item Number: | 5250000000643 |
| Posted Date: | October 11, 2012 |
| Amount: | 35,110.72 |
| Record Type: | Debit |

