

Home  >  Investor Relations  >  Information on KBC Bank

# Information on KBC Bank



## ⌃ KBC Bank versus KBC Group

The simplified schematic shows KBC Group's legal structure, which has one single entity – KBC Group NV – in control of two underlying companies, viz. KBC Bank and KBC Insurance. KBC Group's shares are traded publicly on Euronext Brussels. All of KBC Bank's shares are held (directly and indirectly) by KBC Group NV. Some of KBC Bank's debt instruments are listed.



At KBC Group, financial communication is organised at group-level. In order to fulfil transparency disclosures, the group also publishes – over and above KBC Group reports

Case: 1:18-cv-01489 Document #: 37-8 Filed: 07/26/18 Page 2 of 3 PageID #:1091

- annual and half-yearly reports and other legal information for KBC Bank

annual and interim reports

general meetings

financial calendar

other information

Share this

Quick links

Downloads

Contacts / Doc verification

  
Legal disclaimer

Cookies  © KBC 2018

Sitemap