**EXHIBIT 9**

 Filed March 15, 2018 - ...
454 KB

Download    Save to OneDrive - haa-law.com

**<u>Without Prejudice</u>**

Dear Mr. Lee,

Thank you for the waiver of service which I have filed with the court.

In addition, please find attached the Amended Complaint which was filed by Midamines Sprl Ltd., and can be filed once as a matter of right after service within 21 days. *See* Fed. R. Civ. Proc. 15(a)1(A).

We also have requested whether KBC Group and KBC Bank are willing to resolve matters amicably and pay us our money to which you have not responded yet. We want all of our money of $35,110.72 plus Euro 56,414.73 (Equivalent $69,954.26/Exchange rate 1 Euro = $1.24) and all applicable interest at 9% for legal actions statutory rate for the past six years that KBC Group/KBC Bank has withheld our funds from 2012 to 2018. Total principal amount is about $105,000 and the total compound interest for six years at 9% is about $71,000. Therefore we would demand a total payment of $176,000 plus reasonable attorneys fees.

Please let me know if KBC Group and KBC Bank are willing to discuss settlement and an amicable resolution of this matter.

Thank you for your cooperation in this matter.

Hassan A. Abbas
**Attorney at Law**
**For Midamines Sprl Ltd.**

alee@orrick.c     1 of 1

Your current plan is Adobe
Export PDF
Learn More

**Lee, Alvin** <alee@orrick.com>
Thu 3/15, 8:41 PM
Hassan Abbas; Bicks, Peter <pbicks@orrick.com>; +2 more

Inbox

Mr. Abbas – thanks for the Amended Complaint. Regarding your request, it's the same one we already rejected in late January. Our rejection stands.

...



**Hassan Abbas**
Thu 3/15, 11:30 AM

📎 Filed March 15, 2018 - ...
454 KB

Download   Save to OneDrive - haa-law.com

**<u>Without Prejudice</u>**

Dear Mr. Lee,

Thank you for the waiver of service which I have filed with the court.

In addition, please find attached the Amended Complaint which was filed by Midamines Sprl Ltd., and can be filed once as a matter of right after service within 21 days. *See* Fed. R. Civ. Proc. 15(a)1(A).

We also have requested whether KBC Group and KBC B

**Lee, Alvin** <alee@orrick.com>   ⤴ Reply all
Thu 3/15, 8:41 PM

Hassan Abbas; Bicks, Peter <pbicks@orrick.com>; +2 more ∨

Inbox

Mr. Abbas – thanks for the Amended Complaint. Regarding your request, it's the same one we already rejected in late January. Our rejection stands.

…



**Hassan Abbas**
Thu 3/15, 11:30 AM

📄 pdf  Filed March 15, 2018 - …
         454 KB

Download   Save to OneDrive - haa-law.com

## Without Prejudice

Dear Mr. Lee,

Thank you for the waiver of service which I have filed with the court.

In addition, please find attached the Amended Complaint which was filed by Midamines Spr[l] Ltd., and can be filed once as a matter of right after service within 21 days. See Fed. R. Civ. Proc. 15(a)1(A).

We also have requested whether KBC Group and KBC B[ank]

 **Filed March 15, 2018 - ...**
454 KB

Download   Save to OneDrive - haa-law.com

**Without Prejudice**

Dear Mr. Lee,

Thank you for the waiver of service which I have filed with the court.

In addition, please find attached the Amended Complaint which was filed by Midamines Sprl Ltd., and can be filed once as a matter of right after service within 21 days. *See* Fed. R. Civ. Proc. 15(a)1(A).

We also have requested whether KBC Group and KBC Bank are willing to resolve matters amicably and pay us our money to which you have not responded yet. We want all of our money of $35,110.72 plus Euro 56,414.73 (Equivalent $69,954.26/Exchange rate 1 Euro = $1.24) and all applicable interest at 9% for legal actions statutory rate for the past six years that KBC Group/KBC Bank has withheld our funds from 2012 to 2018. Total principal amount is about $105,000 and the total compound interest for six years at 9% is about $71,000. Therefore we would demand a total payment of $176,000 plus reasonable attorneys fees.

Please let me know if KBC Group and KBC Bank are willing to discuss settlement and an amicable resolution of this matter.

Thank you for your cooperation in this matter.

Hassan A. Abbas
**Attorney at Law**
**For Midamines Sprl Ltd.**